UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-06620-VALLE

UNITED STATES OF AMERICA

v.

MUSTAPHA RAJI,

Defendant.

_____/

GOVERNMENT'S NOTICE OF PROFFER OF FACTS
IN SUPPORT OF PRETRIAL DETENTION

The United States of America, by and through its undersigned Assistant United States Attorney, provides the following proffer of facts in support of its request for pretrial detention.

1.     In July 2018, a Manhattan-based hedge fund was the victim of an email compromise, which led to a fraudulent $1.7 million wire being sent to a Florida bank account in the name of "Unique Bamboo Investments," which was controlled by an individual named Nancy Martino-Jean, who has already been charged and convicted for her role in this scheme.

2.     According to Florida public records, Nancy Martino-Jean is the President of Unique Bamboo Investments, and MUSTAPHA RAJI is the Vice-President.

3.     Martino-Jean wired RAJI $50,000 of the fraudulent funds directly.

4.     Based on email search warrant returns, on July 29, 2018, an individual named Timothy Oyewole emailed his wire information to RAJI.  On August 2, 2018, Martino-Jean wired $25,000 to Oyewole.  On August 3, 2018, Oyewole wired $10,000 to Timmins Properties Limited, which according to Canadian public records, is a Canadian company controlled by MUSTAPHA RAJI's brother, Dauda Raji.

5.    Based on a Google search history obtained via search warrant, on or about August 12, 2018, approximately two weeks after the fraudulent wire transfer was sent to her account from the victim company, Martino-Jean searched for "marble arch investments" (the name of the victim company). Based on the information provided by Google, this was the first and only search by Martino-Jean which contained the name of the victim company.

6.    According to search warrant returns from Google, on August 13, 2018, Martino-Jean searched for, among other things, "how to remove everything from a computer." In addition, on that same day, Martino-Jean visited a webpage entitled "How to erase my hard drive and start over," which contained detailed instructions on how to erase all of the information on a hard drive.

7.    Based on evidence from Martino-Jean's email account as well as an email account belonging to MUSTAPHA RAJI, on or about August 15 and August 16, just days after Martino-Jean searched for "how to remove everything from a computer," RAJI (along with another individual) forwarded Martino-Jean various scanned documents which purported to be a loan agreement between Unique Bamboo Investments and the victim hedge fund. However, the signature page bears a notarization, but no signatures, indicating that the document is fraudulent. This attempted cover-up in which RAJI participated is consistent with the false story Martino-Jean told the FBI during an interview after her arrest in September 2018. During that interview, she falsely told the FBI that the funds were a loan from the victim company to Unique Bamboo Investments.

8.    Witness testimony would establish that MUSTAPHA RAJI was the person who provided the Unique Bamboo Investments bank account to co-conspirators so that the fraudulent funds could be deposited there.

9.     The Government calculates the likely Sentencing Guidelines advisory imprisonment range as follows:

a.     Base offense level (USSG § 2B1.1(a)(1)):  7

b.     Loss amount of $1.7 million (USSG 2B1.1(b)(1)(I)):  +16

c.     Enhancement for sophisticated means (due to money movements and the use of numerous accounts to hide the stolen funds) (USSG 2B1.1(b)(10)):  +2

d.     Enhancement for money laundering (USSG § 2S1.1(b)(2)(B)):  +2

e.     Guidelines Range:  70-87 months in prison (after trial), 51-63 months in prison (after plea).

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:      s/William T. Shockley                          .
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Court No. A5500088
Telephone No.  (954) 660-5787
Telefax No. (954) 356-7230
E-Mail:  William.T.Shockley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF.

s/William T. Shockley                          .
ASSISTANT UNITED STATES ATTORNEY